NO. 07-06-0166-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 2, 2006

______________________________

THE SPOOL TRUSTS, ET AL., APPELLANTS

V.

BONNE RHEA CRAIG, JOSEPH ROBERT MCCART,

AND RAY A. SNEAD, TRUSTEES OF THE SPOOL TRUSTS, APPELLEES

_________________________________

FROM THE 47
TH
 DISTRICT COURT OF RANDALL COUNTY;

NO. 57,079-A; HONORABLE HAL MINER, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

On July 21, 2006, the appellants filed an Unopposed Motion to Dismiss Appeal.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.  Tex. R. App. P. 42.1.   All costs incurred are adjudged against the party incurring the same.    

James T. Campbell

             Justice